# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PATRICIA SHADE, | : |
| Plaintiff, | : |
| | Case No. 3:03cv0462 |
| vs. | : |
| | District Judge Walter Herbert Rice |
| COMMISSIONER, | : Magistrate Judge Sharon L. Ovington |
| Social Security Administration, | |
| | : |
| Defendant. | |
| | : |

# DECISION AND ORDER

The Court previously remanded this case to the Social Security Administration for further proceedings. (Doc. #s 14-16). The case is presently before the Court upon Plaintiff's Motion For Allowance Of Attorney Fees (Doc. #17). The Commissioner has not responded to or opposed Plaintiff's Motion. On remand, the Commissioner determined that Plaintiff was due disability benefits. *See* Doc. #17 (Notice of Award attached).

Plaintiff seeks an award of attorney fees in the total amount of $8,511.75 for work performed in this case. In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting Exhibits establish that pursuant to 42 U.S.C. §406(b)(1), she is entitled to an award of attorney fees in the amount she seeks.

Accordingly, the Court hereby ORDERS that:

1. Plaintiff's Motion for Allowance of Attorney Fees (Doc. #17) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $8,511.75; and

3. The case remains terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge